# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

WILLIE MACK CAULEY, JR.

NO. 2023 KW 0664

AUGUST 28, 2023

---

In Re:    Willie Mack Cauley, Jr., applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, Nos. 593185, 593186, 601363, 613827.

---

BEFORE:    WELCH, HOLDRIDGE, AND WOLFE, JJ.

**WRIT DENIED ON THE SHOWING MADE.** The party seeking relief is responsible for filing and attaching all documents and exhibits in connection with an application for supervisory writs. See Uniform Rules of Louisiana Courts of Appeal, Rule 4-1. Relator failed to include copies of the bills of information in his other two cases (docket numbers 593185 and 613827), and all of the relevant criminal court minutes for his three separate criminal cases. Supplementation of this writ application and/or an application for rehearing will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9. Any future filing on the issues presented herein should include the entire contents of this application, the missing items noted above, and a copy of this ruling.

JEW
GH
EW

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT